IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| JUSTIN BRIAN PERDEW, <br> TDCJ No. 02135707, <br><br> Plaintiff, <br><br> v. <br><br> OFFICIALS AT NEAL UNIT, <br><br> Defendant. | § § § § § § § § § § § | 2:20-CV-076-Z-BR |

## JUDGMENT

Of equal date herewith, the undersigned United States District Judge issued an order **DISMISSING WITHOUT PREJUDICE** this action for want of prosecution.

Judgment is rendered accordingly.

November 29, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE